ACCEPTED
14-14-00187-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/27/2015 7:59:14 AM
CHRISTOPHER PRINE
CLERK

**NO. 14-14-00187-CV**

**IN THE FOURTEENTH COURT OF APPEALS**

**AT HOUSTON, TEXAS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

8/27/2015 7:59:14 AM

CHRISTOPHER A. PRINE
Clerk

**HERITAGE OPERATING, LP,**
**Appellant**

**v.**

**BARBERS HILL INDEPENDENT SCHOOL DISTRICT, et al,**
**Appellees**

**APPELLEES' FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSE TO APPELLANT'S MOTION FOR REHEARING**
_____

**TO THE HONORABLE COURT OF APPEALS:**

Appellees, Barbers Hill Independent School District, Chambers County and the City of Mont Belvieu, file their Unopposed Motion to Extend Time to File a response to Appellant's Motion for Rehearing and respectfully show the Court:

1.  Appellant's Motion for Rehearing was filed August 17, 2015.

2.  On August 21, 2015, the Court requested Appellees to file response to the motion for rehearing. Appellees' Response is due August 31, 2015.

3.  Counsel for Appellees' was traveling on other legal matter on the date the court requested the response and did not learn of the deadline until Monday, August 24, 2015.

4. Counsel for Appellees has previously scheduled holiday time off for personal matters from August 27 to August 30, 2015.[1]

5. Due to the above and other work obligations, motion practice, administrative matters and various settings throughout Texas, Appellees' counsel has not finalized the response brief.

6. Appellees counsel request a short extension to file their brief, which makes it due September 9, 2015.

7. This Motion is unopposed as evidenced by the Certificate of Conference.

8. This extension is not sought for delay but so that justice may be done.[2]

**WHEREFORE, PREMISES CONSIDERED**, Appellees pray that this Court grant an extension of time to file Appellees' brief, making it due on September 9, 2015 and for such other and further relief to which Appellees may be justly entitled.

---

[1] Counsel for appellees is celebrating his 33rd wedding anniversary with his wife at an out of state location. If he is required to work on a response brief during that time period, the current anniversary will be memorable for all the wrong reasons and a 34th wedding anniversary will be in jeopardy.

[2] Please see footnote 1.

Respectfully submitted,

**Perdue, Brandon, Fielder,**
**Collins & Mott, L.L.P.**

By: _____

Joseph T. Longoria
jlongoria@pbfcm.com
SBN: 12544860
1235 North Loop West, Suite 600
Houston, Texas 77008
(713) 862-1860;
(713) 869-0030 Facsimile

**ATTORNEYS FOR APPELLEES**

### CERTIFICATE OF CONFERENCE

I conferred with Appellant's Attorney, John Shaw, regarding this motion on August 26, 2015. He stated that he did not oppose this motion.

_____

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the **Appellees' First Unopposed Motion to Extend Time to File Brief** was served on the following individual by E-file, and/or by Email this the 27th day of August, 2015.

Mr. John J. Shaw
Myers * Hill
2525 Ridgmar Blvd., suite 150
Fort Worth, Texas 76116
Email: jshaw@myers-hill.com

_____